# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT SPRINGFIELD

| | |
|---|---|
| MARY MILLION on behalf of herself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:24-cv-03357-SEM-DJQ |
| HOSPITAL SISTERS HEALTH SYSTEM and ST. FRANCIS HOSPITAL, OF THE HOSPITAL SISTERS OF THE THIRD ORDER OF ST. FRANCIS, ) ) ) ) ) ) | Hon. Sue E. Myerscough Hon. Douglas J. Quivey |
| Defendants. ) ) | |

## STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION

Pursuant to Federal Rule of Civil Procedure 29 and Local Rule 16.4(E), Plaintiff Mary Million and Defendants Hospital Sisters Health System and St. Francis Hospital ("Defendants") (with Plaintiff, the "Parties), by and through their undersigned counsel, jointly state as follows:

1. The Parties are set for a telephonic status conference before the Hon. Douglas J. Quivey on November 25, 2025 at 10:00 AM.

2. The Parties disclosed via Joint Submission Regarding Case Schedule [ECF No. 63] that they were actively discussing the possibility of engaging in private mediation.

3. The Parties have agreed to private mediation and are corresponding with their agreed-to mediator regarding availability. The Parties anticipate mediation occurring on January 28, 2026 or January 29, 2026.

4. In light of a possible negotiated resolution of this matter, and to ensure the Parties can focus and conserve all resources for said possible negotiated resolution, the Parties have agreed, subject to the Court's approval, to stay all proceedings pending completion of private

mediation, except that nothing shall prevent Defendants from filing any response in opposition to Declaration in Support of Plaintiff's Application for Attorneys' Fees [ECF No. 64].

5. Pursuant to Local Rule 16(E), the Parties agree that they will notify this Court within 14 days after conclusion of private mediation and resume proceedings, if necessary, upon such notification.

6. The requested stay would enable the Parties to meaningfully engage in the mediation and prevent the Parties from expending additional resources litigating this case.

**WHEREFORE**, for the reasons stated above, the Parties respectfully request this Court to enter an Order staying proceedings, while allowing Defendants to file their Response to Plaintiff's Declaration in Support of Plaintiff's Application for Attorneys' Fees [ECF No 64].

Dated: November 24, 2025

By:

*/s/ Will Edelman*
Gary M. Klinger
William J. Edelman
**Milberg, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel.: 866.252.0878
gklinger@milberg.com
wedelman@milberg.com

Michael A. Acciavatti
**Milberg, PLLC**
405 East 50th Street
New York, NY 10022
Tel: 212.594.5300
macciavatti@milberg.com

Zachary Arbitman
George Donnelly
**Feldman Shepherd Wohlgelernter**
**Tanner Weinstock & Dodig, LLP**
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Tel. (215) 567-8300
zarbitman@feldmanshepherd.com

*/s/ Joe Mulherin*
Joe Mulherin
Christopher Braham (*pro hac vice*)
Jean Edmonds
Alivia Combe-DuQuet
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street
Chicago, IL 60606-0029
Tele: +1 312 372 2000
Fax: +1 312 984 7700
jmulherin@mwe.com
cbraham@mwe.com
jedmonds@mwe.com
aduquet@mwe.com

*Attorneys for Defendants*

gdonnelly@feldmanshepherd.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I, Alivia Combe-DuQuet, an attorney, hereby certify that on November 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notification of such filing to all attorneys of record at the email addresses on file with the Court.

                                                       */s/ Alivia Combe-DuQuet*
                                                       Alivia Combe-DuQuet